**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TANISHA MOORE,

Plaintiff,

v.

STEPHEN M. LOWRY, et al,

Defendants.

Case No. 5:26-cv-00372-MEMF-MBK

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge. Plaintiff's Request for Orders and Status Conference [Dkt. No. 11] is DENIED as moot.

IT IS ORDERED that this case dismissed without prejudice.

Dated: November 10, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE