JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANISHA MOORE,<br>Plaintiff,<br>v.<br>STEPHEN M. LOWRY, et al,<br>Defendants. | Case No. 5:26-cv-00372-MEMF-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this case dismissed without prejudice.

Dated: November 10, 2026

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE